Case 4:21-cv-03605   Document 7   Filed on 02/15/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 | § § § § § § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-03605 |
| v. | § § | |
| THOMAS C. WHIPPLE AND CHERYL L. WHIPPLE | § § § § | |
| Defendants, | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR**
**SUBSTITUTED SERVICE ON THOMAS C. WHIPPLE AND CHERYL L. WHIPPLE**

After considering Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Ixis Real Estate Capital Trust 2006-1 Pass-Through Certificates, Series 2006-1 ("Deutsche" or "Plaintiff"), Motion for Substituted Service ("Motion") and the supporting affidavit, the Court finds Plaintiff's attempts to serve Defendant, Thomas C. Whipple at his usual place of abode has been unsuccessful and finds the substituted service requested in Plaintiff's Motion will be reasonably effective to give Defendant, Thomas C. Whipple notice of the suit

Therefore, the Court **GRANTS** the Motion and authorizes substitute service on the Defendants in the following manner:

(1)   Service on Defendant, Thomas C. Whipple by leaving a true copy of the summons and the attached complaint on the front gate at his usual place of abode at 407 Pebbleshire Drive, Houston, Texas 77062 *or* by leaving a copy of the summons and complaint

with someone over sixteen (16) years of age at 407 Pebbleshire Drive, Houston, Texas 77062 in accordance with the Texas Rule of Civil Procedure 106.

(2)  Service on Defendant, Cheryl L. Whipple by leaving a true copy of the summons and the attached complaint on the front gate at his usual place of abode at 305 W. Baker Rd 1102, Baytown, TX 77531 *or* by leaving a copy of the summons and complaint with someone over sixteen (16) years of age at 305 W. Baker Rd 1102, Baytown, TX 77531 in accordance with the Texas Rule of Civil Procedure 106.

SIGNED at Houston, Texas, this ___15th___ day of February 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE